## GRAVES et al. v. SALINE COUNTY.

(Circuit Court of Appeals, Seventh Circuit. December 14, 1894.)

Appeal from the Circuit Court of the United States for the Southern District of Illinois.

Questions of law certified to supreme court. For decision of supreme court, see 16 Sup. Ct. 526.

------

## CENTRAL R. CO. OF NEW JERSEY v. KEEGAN.

(Circuit Court of Appeals, Second Circuit. April 26, 1894.)

Error to the District Court of the United States for the Eastern District of New York.

Questions of law certified to supreme court. For decision of the supreme court thereon, see 16 Sup. Ct. 269.